**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000777
27-FEB-2020
09:03 AM**

NO. CAAP-19-0000777

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WB, Plaintiff-Appellee, v.
DB, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 99-1973)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed February 21, 2020, by self-represented Defendant-Appellant DB, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs "except as previously agreed to by and between the parties;" (3) the stipulation is dated and signed by all self-represented parties and counsel for all other parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice. The parties shall bear their own attorneys' fees and costs except as previously agreed to by and between the parties.

DATED: Honolulu, Hawai'i, February 27, 2020.

Chief Judge

Associate Judge

Associate Judge